William T. Payne (90988)
**STEMBER FEINSTEIN DOYLE**
   **& PAYNE, LLC**
1007 Mount Royal Boulevard
Pittsburgh, PA 15223
Tel:  (412) 492-8797
Fax:  (412) 492-8978

Ellen M. Doyle
**STEMBER FEINSTEIN DOYLE**
   **& PAYNE, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007

Joseph N. Kravec, Jr.
**SPECTER SPECTER EVANS.**
   **& MANOGUE, P.C.**
The 26th Floor Koppers Building
Pittsburgh, PA 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309

*ATTORNEYS FOR PLAINTIFF*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ARAN EISENSTAT, on behalf of himself and all others similarly situated, | ) ) ) ) | **CASE NO.: 3:10-cv-01252-SC** <br><br> **CLASS ACTION** |
| Plaintiff, | ) ) | **PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ACTION** |
| v. | ) **)** | |
| DIAMOND FOODS, INC., a Delaware corporation, | ) ) ) | |
| Defendant. | ) | |

1

PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ACTION
CASE NO.: 3:10-cv-01252-SC

TO THE COURT AND ALL PARTIES

WHEREAS, Plaintiff hereby voluntary dismisses, pursuant to Fed.R.Civ.P. 41(a)(1)(A), all claims against Defendant, without prejudice; and

WHEREAS, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff hereby files this notice of dismissal before Defendant has served either an answer or a motion for summary judgment;

PLAINTIFF HEREBY dismisses this action in its entirety without prejudice.

Dated: March 31, 2010

By:   William T. Payne
     William T. Payne
**STEMBER FEINSTEIN DOYLE**
    **& PAYNE, LLC**
1007 Mount Royal Boulevard
Pittsburgh, PA  15223
Telephone:  (412) 492-8797
Facsimile:  (412) 492-8978

Ellen Doyle
**STEMBER FEINSTEIN DOYLE**
    **& PAYNE, LLC**
429 Forbes Avenue
Allegheny Building, 17th Floor
Pittsburgh, PA  15219-1639
Telephone:  (412) 281-8400
Facsimile:  (412) 281-1007

Joseph N. Kravec, Jr.
**SPECTER SPECTER EVANS**
    **& MANOGUE, P.C.**
The 26th Floor Koppers Building
Pittsburgh, PA 15219
Tel:  (412) 642-2300
Fax:  (412) 642-2309

*ATTORNEYS FOR PLAINTIFF*

2
PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ACTION
CASE NO.: 3:10-cv-01252-SC